**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FAUSTO GABRIEL FABRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-01897-CRC |
| | ) | |
| NEIGHBORS CONSEJO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fausto Gabriel Fabre and Defendant Neighbors Consejo hereby stipulate to the dismissal of this case without prejudice. Dismissal without prejudice is appropriate at this point because Plaintiff Fabre's claims are in the process of being resolved in proceedings involving Defendant Neighbors Consejo before the Bankruptcy Court. *See* Neighbors Consejo Bankruptcy, Petition No. 1:15-BK-00373-SMT (United States Bankruptcy Court, District of Columbia).

Dated: April 1, 2019          Respectfully submitted,

                                        /s/ Justin Zelikovitz
                              Justin Zelikovitz (DC Bar No. 986001)
                              Law Office of Justin Zelikovitz PLLC
                              519 H Street NW, Second Floor
                              Washington, DC 20001
                              (202) 803-6083
                              justin@dcwagelaw.com

                              *Counsel for Plaintiff Fabre*

       /s/ Seth A. Rosenthal
Seth A. Rosenthal (DC Bar No. 482586)
Venable LLP
575 7th Street, N.W.
Washington, DC 20004
(202) 344-4741
sarosenthal@venable.com

*Counsel for Defendant Neighbors Consejo*